# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Ryan Mitchell Dschak,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:12-cv-00226-MR |
| | ) | 1:10-cr-00067-MR |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 16, 2015 Order.

June 16, 2015

Frank G. Johns, Clerk
United States District Court